# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 6:19-cr-03160-RK-2 |
| WILLIAM C. FARISSE, | ) |
| Defendant. | ) |

## ORDER

Before the Court is the Report and Recommendation prepared by Magistrate Judge David P. Rush on August 28, 2024. (Doc. 399.) Defendant's counsel requested a two-week extension of time, to September 25, 2024, to file objections to the Report and Recommendation. (Doc. 401.) Despite the Court granting Defendant's request for extension of time, (Doc. 402), neither party filed objections within the timeframe required by Rule 59(a) of the Federal Rules of Criminal Procedure. As a result, the parties have waived their right to review. *Id.* After reviewing the record, it is **ORDERED** that Judge Rush's Report and Recommendation is adopted in its entirety, and the Court finds that Defendant is mentally competent to proceed.

**IT IS SO ORDERED**.

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: October 3, 2024